UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-cr-387(2) (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) MOTION TO DISMISS THE ) INDICTMENT AS TO DEFENDANT ) RICHARD JAMES GAMBINO |
| RICHARD JAMES GAMBINO, | ) ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its undersigned attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Thomas M. Hollenhorst, Assistant United States Attorney, and hereby moves this Honorable Court to dismiss the Indictment as to defendant Richard James Gambino. The government has recently learned that Mr. Gambino passed away on January 22, 2026.

Dated:   January 28, 2026        Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

s/ *Thomas M. Hollenhorst*

BY: THOMAS M. HOLLENHORST
Assistant United States Attorney
Attorney ID No. 46322